UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:05-cr-31-J-32TEM

VIBOL HANG

## ORDER

This case is before the Court on Defendant's Motion to Suppress Fruits of Execution of Search Warrant (Doc. #14). The United States filed its Response to Defendant's Motion to Suppress Evidence (Doc. #19). United States Magistrate Judge Thomas E. Morris issued a Report and Recommendation (Doc. #24) recommending denial of the Motion to Suppress. Defendant filed Objections to Report and Recommendation (Doc. #26).

After a review of the file and upon de novo consideration, it is hereby

**ORDERED:**

1. Defendant's Objections to Report and Recommendation (Doc. #26) are **OVERRULED**.

2. The Report and Recommendation of the United States Magistrate Judge (Doc. #24) is **ADOPTED** and will constitute the opinion of the Court.

3. Defendant's Motion to Suppress Fruits of Execution of Search Warrant (Doc. #14) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this ___10___ day of May, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

d.

Copies to:

Hon. Thomas E. Morris
United States Magistrate Judge

Asst. U.S. Attorneys (Talbot)
D. Gray Thomas, Esquire